HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SIMON PROPERTY GROUP, INC., | No. 12-cv-5228 RBL |
| Plaintiff, | ORDER |
| v. | |
| RONALD L. RENFRO and LANA Y. RENFRO, | |
| Defendants. | [Dkt. #1] |

Before the Court is a stipulated motion to withdraw the bankruptcy reference. The parties have requested withdrawal under 28 U.S.C. § 157(b)(5):

> The district court shall order that personal injury tort and wrongful death claims shall be tried in the district court in which the bankruptcy case is pending, or in the district court in the district in which the claim arose, as determined by the district court in which the bankruptcy case is pending.

While it is unclear that the claims at issue—defamation, interference with business expectancy, and misrepresentation—are "personal tort claims," *see* 1 Collier on Bankruptcy ¶ 3.06 n. 1–3, *The Treatment of Personal Injury Tort and Wrongful Death Claims* (16th ed. 2012) (noting diverging views), the Court may similarly withdraw the reference because the claims are non-core, 28 U.S.C. § 157(d). Here, the claims at issue rely on State law, not bankruptcy law, and the Court therefore **GRANTS** the motion to withdraw the reference. (Dkt. #1).

Dated this 19th day of April, 2012.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Order - 1